# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00487-GCM

| | |
|---|---|
| **MELANIE GRANT,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **CHARLOTTE DERMATOLOGY, P.A.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER COMES** before this Court on Defendant Charlotte Dermatology, P.A.'s Partial Motion to Dismiss. (Doc. No. 6). Defendant moved this Court for the dismissal of Plaintiff's first five causes of action. After Defendant filed the Partial Motion to Dismiss, the Parties agreed to a Stipulation of Dismissal for the first five causes of action. Because the Partial Motion to Dismiss dealt with the same causes of action that have now been dismissed via stipulation, that Motion is now moot. As such, the Court **DENIES** Defendant's Partial Motion to Dismiss as moot.

**SO ORDERED**.

Signed: October 26, 2018

Graham C. Mullen
United States District Judge

1