**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-CV-00038-GCM**

| | | |
|---|---|---|
| **MELANIE GRANT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CHARLOTTE DERMATOLOGY, P.A.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER COMES** before this Court on Defendant's Unopposed Motion to Consolidate this Case with case number 3:18cv00487-GCM. (Doc. No. 3). In the memorandum supporting this Motion, Defendant represents to the Court that Plaintiff consents to this Motion. Pursuant to the agreement of Parties and after review of the record in both cases, the Court finds that consolidation under Federal Rule of Civil Procedure 42 is appropriate. Therefore it is **ORDERED** that this case is consolidated with 3:18cv00487. The Court directs the Parties to make all future filings in case number 3:18cv00487.

Therefore, Defendant's Unopposed Motion to Consolidate (Doc. No. 3) is **GRANTED**.

**SO ORDERED**.

Signed: January 31, 2019

Graham C. Mullen
United States District Judge